165 So. 911

INDUSTRIAL LOAN & FINANCE CO. et al.
v. Hunter MANN, Adm'r, et al.
6 Div. 891.

Supreme Court of Alabama.
Feb. 27, 1936.

Wm. S. Pritchard, Jas. W. Aird, and David' Solomon, all of Birmingham, for appellants.

G. M. Edmonds and Whit Windham, both of Birmingham, for appellees.

PER CURIAM.
Appeal dismissed by agreement.

163 So. 903

JOHN F. CLARK & CO. v. Leola V. LANE.
6 Div. 822.

Supreme Court of Alabama.
Nov. 5, 1935.

Benners, Burr, McKamy & Forman, of Birmingham, for appellant.

Locke & Creel and L. R. Hanna, all of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by appellant.

164 So. 911

Melvin JONES v. STATE.
6 Div. 713.

Supreme Court of Alabama.
Nov. 29, 1935.

PER CURIAM.
Appeal dismissed.

164 So. 911

J. J. LAUMER v. FIDELITY MORTGAGE CO. OF ALABAMA.
6 Div. 336.

Supreme Court of Alabama.
Nov. 26, 1935.

Murphy, Hanna, Woodall & Lindbergh, of Birmingham, for appellant.

Lange, Simpson & Brantley, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by appellant.

165 So. 911

LOUIS PIZITZ DRY GOODS CO. v. Mrs. M. E. FRANKS.
6 Div. 821.

Supreme Court of Alabama.
Jan. 14, 1936.

J. P. Mudd, of Birmingham, for appellant.

Hiram Dodd, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by appellant.

163 So. 904

Jos. S. McKEE v. CLUBVIEW HEIGHTS, Inc.
7 Div. 333.

Supreme Court of Alabama.
Oct. 17, 1935.

See, also, 230 Ala. 652, 162 So. 671.

PER CURIAM.
Reversed and rendered by agreement.